

**U.S. Department of Justice**

United States Attorney
District of Minnesota

---

*Emily M. Peterson*
*Assistant United States Attorney*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*Phone: (612) 664-5600*
*Fax: (612) 664-5788*
*Emily.peterson@usdoj.gov*

February 16, 2023

**Via ECF and U.S. Mail**

Mohamed Mourssi-Alfash
8434 Timberwood Court
Woodbury, Minnesota 55125
mour0003@umn.edu

      Re:    *Mohamed Alfash v. U.S. Dep't of Homeland Security et al.*, Case No. 0:22-cv-02659-KMM-DTS

Dear Mr. Alfash:

      We understand that you have filed a complaint in the above-captioned matter. Rule 4(i) of the Federal Rules of Civil Procedure governs how to serve the United States, its agencies, and its employees. We write to make clear that until you properly complete service in accordance with Rule 4(i), your case cannot proceed against any Federal Defendant.

      You have sued the U.S. Department of Homeland Security ("DHS") and Secretary Alejandro Mayorkas in his official capacity. We understand that you have served the United States Attorney's Office in accordance with a portion of Federal Rule 4(i), but not the Attorney General of the United States or DHS. Federal Rule 4(i) requires that in addition to the U.S. Attorney's Office, you must also serve the Attorney General and DHS. The Attorney General's address is:

> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

      DHS's address is:

> U.S. Department of Homeland Security
> Office of the General Counsel
> Mailstop 0485
> 2707 Martin Luther King Jr. Avenue SE
> Washington, DC 20528-0485

In other words, until you serve the U.S. Attorney General and DHS, you have not properly completed service and the Federal Defendants are unable to respond to your complaint or otherwise litigate this case.

We note that the complaint in the above-captioned case was filed on October 20, 2022, and that you have not yet completed proper service on all the Federal Defendants. Pursuant to Federal Rule 4(m), where a defendant is not served within 90 days of the filing of the complaint, dismissal without prejudice may be warranted. That deadline has already passed.

You are respectfully requested to properly effect service on the Federal Defendants so that this matter may proceed. Our response to your complaint is currently due March 13, 2023. If this office is not aware that service has been property completed by that date, we will move to dismiss your Complaint without prejudice.

Please let me know if you have any questions.

Sincerely,

ANDREW M. LUGER
United States Attorney

*s/ Emily M. Peterson*
BY: EMILY M. PETERSON
Assistant United States Attorney

CC:   The Honorable Katherine M. Menendez
      The Honorable David T. Schultz
      Via ECF, With Permission