UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:22-cv-02659-KMM-DTS

Mohamed Alfash,

        Plaintiff,                    **NOTICE OF HEARING**

v.

Alejandro N. Mayorkas,

        Defendant.

PLEASE TAKE NOTICE that at 4 p.m. on April 10, 2024, the Court will hold a telephone hearing with counsel for the parties pursuant to its informal discovery dispute resolution process as outlined in the Court's pretrial scheduling order, ECF No. 27, to address an ongoing discovery dispute between the parties.

Dated: April 1, 2024

ANDREW M. LUGER
United States Attorney

*s/ Emily M. Peterson*

BY:  EMILY M. PETERSON
Assistant U.S. Attorney
Attorney ID No. 0395218
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Emily.Peterson@usdoj.gov
(612) 664-5600

Attorneys for Defendant