UNITIED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.0:22-cv-02659-KMM-DTS

Mohamed Alfash,

    Plaintiff

v.

Alejandro N. Mayorkas,

    Defendant.

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court that Joseph J. LeBlanc for good cause withdraws from this matter because the client has terminated the representation agreement.

Dated: April 11, 2023,      Respectfully submitted,

    s/ Joseph J. LeBlanc_____

By:  Joseph J. LeBlanc
    Former Attorney for Mohamed Alfash
    Attorney Registration # 0393225
    joe@leblanclawandmediation.com
    LeBlanc Law and Mediation LLC
    222 South Ninth Street, Suite 1600
    Minneapolis, Minnesota 55402.
    (612) 819-9652