**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mohamed Alfash, | Case No. 22-cv-2659 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Alejandro N. Mayorkas, | |
| Defendant. | |

---

Attorney Joseph LeBlanc filed a motion to withdraw as counsel for Defendant in this matter. Attorney LeBlanc claims good cause exists to withdraw based on Defendant's termination of the representation agreement. Based on the file, records, and proceedings;

**IT IS HEREBY ORDERED:** Attorney Joseph J. LeBlanc's motion to withdraw as attorney for Defendant, Dkt. No. 42, is **GRANTED**.

Dated: April 12, 2024          ____s/David T. Schultz____
                               DAVID T. SCHULTZ
                               U.S. Magistrate Judge