**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Mohamed Alfash, | Case No. 22-cv-2659 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Alejandro N. Mayorkas, | |
| Defendant. | |

**IT IS HEREBY ORDERED:**

1. Plaintiff Mohamed Alfash is ordered to obtain a copy of the transcript of Plaintiff's April 15, 2022 deposition.

2. The transcript shall be provided to Defendant's counsel on or before May 15, 2024.

Dated: April 17, 2024

                                                         s/David T. Schultz
                                                    DAVID T. SCHULTZ
                                                    U.S. Magistrate Judge